## CAWOOD v. COMMONWEALTH

(Decided September 27, 1929.)

B. M. Lee, for movant.

J. W. Cammack, Attorney General and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## CLINE v. SOUTHERN RAILWAY COMPANY IN KENTUCKY.

(Decided September 27, 1929.)

Gilbert, Pickett & Matthews for movant.

Todd & Beard and Louis Seelbach, Jr., opposed.

PER CURIAM. Judgment for defendant in an action for damages to personal property.

Appeal denied; judgment affirmed.

## HAMILTON v. COMMONWEALTH

(Decided September 27, 1929.)

W. S. Wallen, for movant.

J. W. Cammack, Attorney General, and Douglas C. Vest for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $500 and three days in jail.

Appeal denied; judgment affirmed.